IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GARY WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant. | Case No. 3:23-cv-00604-MHL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Gary Washington, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

DATED: December 7, 2023

Respectfully submitted,

PRO SE PLAINTIFF

By: /s/ Gary Washington
    Gary Washington
*Pro Se Plaintiff*

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
    John W. Montgomery, Jr., VSB No. 37149
    Traylor, Montgomery & Elliott, PC
    130 E. Wythe Street
    Petersburg, VA 23803
    Telephone: (804) 861-1122
    Facsimile: (804) 733-6022
    Email: jmontgomery@tmande.com
*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Gary Washington, *Plaintiff Pro Se*
>1801 Parlow Drive
>Richmond, VA 23222
>Email: washingtongary015@gmail.com

>/s/ *John W. Montgomery, Jr.*
>John W. Montgomery, Jr.
>*Counsel for Defendant*
>*Equifax Information Services LLC*